AO 10*
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Whitley, James C. | 2. Court or Organization<br><br>Bankruptcy Court-WDNC | 3. Date of Report<br><br>03/04/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>Charles R. Jonas Federal Bldg.<br>401 W. Trade Street<br>Charlotte, NC 28202 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Attorney-in-fact | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 03/04/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Attorney at Law |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NC Bar Association Annual Bankruptcy Seminar | 11/17/2011 - 11/19/2011 | Asheville, North Carolina | Attend State Bankruptcy Seminar | Meals, hotel and transportation. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 03/04/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 03/04/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  CBF Agg Growth Fund | A | Dividend | K | T | | | | | |
| 2.  CBF Agg Growth Fund | A | Dividend | K | T | | | | | |
| 3.  LM Leading Co Trust Fund | A | Dividend | J | T | | | | | |
| 4.  American Funds. New Perspective Mutual Fund | B | Dividend | M | T | | | | | |
| 5.  American Funds Washington Mutual Mutual Funds | B | Dividend | L | T | | | | | |
| 6.  ▓▓▓▓▓▓▓ | F | Distribution | K | W | | | | | |
| 7.  American Funds Washington Mutual Mutual Funds | A | Dividend | J | T | | | | | |
| 8.  American Funds. Templeton Foreign Mutual Fund | A | Dividend | J | T | | | | | |
| 9.  RBC Money Market Sweep (X) | A | Interest | K | T | | | | | |
| 10. American Funds. New Perspective Mutual Fund | A | Dividend | K | T | | | | | |
| 11. Belmont Federal Savings & Loan Account | A | Interest | J | T | | | | | |
| 12. American Funds. Templeton Dev. Mkt. Foreign Mutual Fund | A | Dividend | J | T | | | | | |
| 13. American Funds Washington Mutual Mutual Funds | A | Dividend | K | T | Sold (part) | 12/30/11 | J | | |
| 14. Growth Fund American Mutual Fund | | None | J | T | Buy | 12/30/11 | J | | |
| 15. Black Rock US Opp Class C | | None | J | T | | | | | |
| 16. Legg Mason Special Investment Trust | | None | J | T | | | | | |
| 17. American Funds. New Perspective Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 03/04/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Legg Mason Value Trust Mutual Fund | | None | J | T | | | | | |
| 19. Legg Mason Special Inv. Trust Mutual Fund | | None | | | Sold | 05/05/11 | J | A | |
| 20. Royce Total Return Fund | | None | K | T | | | | | |
| 21. RBC Money Market Savings Acct | A | Interest | J | T | | | | | |
| 22. Europac Growth Fund | A | Dividend | K | T | Buy | 12/22/11 | K | | |
| 23. Legg Mason Special Inv. Trust Mutual Fund | | None | | | Sold | 08/19/11 | J | | |
| 24. Invesco Aim Constellation Mutual Fund | | None | K | T | | | | | |
| 25. Legg Mason Special Inv. Trust | | None | | | Sold | 12/22/11 | K | | |
| 26. Wachovia Bank Various Accounts | A | Interest | K | T | | | | | |
| 27. TRUST 1: | | | | | | | | | |
| 28. - Residential Lot #1, Gaston County, NC | | None | M | W | | | | | |
| 29. - Residential Lot #2, Gaston County, NC | | None | K | W | | | | | |
| 30. - Residential Lot #3, Gaston County, NC | | None | K | W | | | | | |
| 31. - Residential Lot #4, Gaston County, NC | | None | J | W | | | | | |
| 32. - Residential Lot #5, Gaston County, NC | | None | J | W | | | | | |
| 33. - Residential Lot #6, Gaston County, NC | | None | J | W | | | | | |
| 34. - Residential Lot #7 (1/2 Interest) Gaston County, NC | | None | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 03/04/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Residential Lot #8 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 36.   - Residential Lot #9 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 37.   - Residential Lot #10 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 38.   - Residential Lot #11 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 39.   - Residential Lot #12 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 40.   - Belmont Federal Various Accounts | B | Interest | L | T | | | | | |
| 41.   - Wachovia Various Accounts | A | Interest | K | T | | | | | |
| 42.   - RBC Money Market Sweep Acct | A | Interest | J | T | | | | | |
| 43.   - Invesco AIM Investments European Growth Fund Class A | A | Dividend | K | T | | | | | |
| 44.   - American Funds Capital World Bond Fund Class A | D | Dividend | M | T | | | | | |
| 45.   - American Funds Europacific Growth Fund Class A | A | Dividend | K | T | | | | | |
| 46.   - American Funds Growth Fund of America Class A | A | Dividend | L | T | | | | | |
| 47.   - American Funds Investment Co of America Class A | B | Dividend | L | T | | | | | |
| 48.   - Legg Mason Global Income Trust | A | Dividend | J | T | | | | | |
| 49.   Capital World Bond Fund | A | Dividend | K | T | | | | | |
| 50.   Europacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 51.   Growth Fund of America Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 03/04/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Barclays BK/DEL CD | A | Interest | J | T | | | | | |
| 53. Investment Company of America | A | Dividend | J | T | | | | | |
| 54. Doral Bank Catano CD | B | Interest | L | T | | | | | |
| 55. - Spectra Energy | A | Dividend | K | T | | | | | |
| 56. Capitol One Bank CD | C | Interest | L | T | | | | | |
| 57. LaSalle Bank CD | B | Interest | K | T | | | | | |
| 58. Goldman Sachs Bank CD | A | Interest | K | T | | | | | |
| 59. Merchant Bank Orlando CD | C | Interest | L | T | | | | | |
| 60. Firstbank PR Santurce CD | B | Interest | M | T | | | | | |
| 61. Harris National Association CD | B | Interest | K | T | | | | | |
| 62. Bank of the West CD | B | Interest | L | T | | | | | |
| 63. HSBC Bank USA McLean CD | A | Interest | K | T | | | | | |
| 64. Asset Group #1: | | | | | | | | | |
| 65. - Rental Property #1, Charlotte, NC | | None | | | Donated | | | | |
| 66. - Rental Property #2, Charlotte, NC | | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 03/04/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James C. Whitley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544